```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                     TAMPA DIVISION
```

3D ENTERPRISES GROUP OF FLORIDA,
INC., and OCALA RESTAURANT
PARTNERS, INC.,

        Plaintiffs,
v.                                Case No. 8:09-cv-576-T-33TBM

UNDERWRITERS AT LLOYD'S, LONDON,

        Defendant.
_____/

**ORDER**

This matter is before the Court pursuant to Plaintiff 3D Enterprises's Motion to Strike Defendant's Response to 3D Enterprises's Motion for Summary Judgment (Doc. # 77), 3D Enterprises's Motion to Strike Certain Exhibits filed in Opposition to 3D Enterprises's Motion for Partial Summary Judgment (Doc. # 78), and 3D Enterprises's Motion to Strike Inadmissible Paragraphs of the Affidavit of Jack Golden (Doc. # 79).  3D Enterprises filed the Motion to Strike Defendant's Response and Motion to Strike Certain Exhibits on December 8, 2010.  (Docs. ## 77, 78).  The Motion to Strike Inadmissible Paragraphs of the Affidavit of Jack Golden was filed on December 9, 2010.  (Doc. # 79).

By the Motion to Strike Defendant's Response, 3D Enterprises moves this Court to enter an Order striking Defendant Underwriters at Lloyd's, London's response in

opposition to 3D Enterprises's Motion for Summary Judgement. (Doc. # 77). By the Motion to Strike Certain Exhibits filed in Opposition to 3D Enterprises's Motion for Partial Summary Judgment, 3D Enterprises seeks an Order striking Underwriters's Exhibits 6, 7, 8, and 9 from the record. (Doc. # 78). Finally, as its title suggests, 3D Enterprises's Motion to Strike Inadmissible Paragraphs of Jack Goldin's Affidavit seeks an Order striking paragraphs 10, 11, 12, 13, 15, 16, 17, and 18 of Mr. Goldin's affidavit. (Doc. # 79).

While there are references to the Motion to Strike Defendant's Response to 3D Enterprises's Motion for Summary Judgment (Doc. # 77), the Motion to Strike Certain Exhibits filed in Opposition to 3D Enterprises's Motion for Partial Summary Judgment (Doc. # 78), and the Motion to Strike Inadmissible Paragraphs of the Affidavit of Jack Golden (Doc. # 79), in Underwriters's Response in Opposition to 3D Enterprises's Motion to Strike Underwriters's Motion for Summary Judgment (Doc. # 84), Underwriters does not squarely address the issues raised in the Motions.

Local Rule 3.01(b), M.D. Fla., explains, "Each party opposing a motion or application shall file within fourteen (14) days after service of the motion or application a response that includes a memorandum of legal authority in

opposition to the request, all of which the respondent shall include in a document not more than twenty (20) pages."

Accordingly, on the present record, the Court considers the Motions opposed only so far as Underwriters mentions them in its Response in Opposition to 3D Enterprises's Motion to Strike Underwriters's Motion for Summary Judgment. (Doc. # 84). In the instance that Underwriters desires to more directly oppose the Motions, it is directed to file responses in opposition to the Motions on or before December 30, 2010. Failure to file responses to the Motions on or before December 30, 2010, will result in the Court considering the Motions opposed only so far as Underwriters mentions them in its Response in Opposition to 3D Enterprises's Motion to Strike Underwriters's Motion for Summary Judgment (Doc. # 84).

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED**:

In the instance that Underwriters desires to more directly oppose 3D Enterprises's Motion to Strike Defendant's Response to 3D Enterprises's Motion for Summary Judgment (Doc. # 77), 3D Enterprises's Motion to Strike Certain Exhibits filed in Opposition to 3D Enterprises's Motion for Partial Summary Judgment (Doc. # 78), and 3D Enterprises's Motion to Strike Inadmissible Paragraphs of the Affidavit of Jack Golden

(Doc. # 79), it is directed to file responses in opposition to the aforementioned Motions on or before December 30, 2010.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 28th day of December, 2010.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:   All Counsel and Parties of Record