UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

3D ENTERPRISES GROUP OF FLORIDA,
INC.,

    Plaintiff,
and                                       Case No. 8:09-cv-576-T-33TBM

OCALA RESTAURANT PARTNERS,
INC.

    Rule 19 Joined
    Defendant/Cross-claimant,

and

UNDERWRITERS AT LLOYD'S LONDON,

    Defendant.
_____/

**ORDER**

    This cause is before the Court pursuant to Plaintiff 3D Enterprises' Motion to Compel Lloyd's to Disclose Proportionate Share of Risk of Each Alleged Non-Diverse "Name" (Doc. #144), filed on November 17, 2011. 3D seeks an order compelling Defendant Underwriters at Lloyd's London to disclose the proportionate share of the risk assumed by each allegedly non-diverse "Name," and not just the cumulative proportionate share of all the "Names" compromising those syndicates subscribing to the insurance policy in this matter.

    Underwriters filed an expedited response to the Motion on November 21, 2011 (Doc. # 148). Underwriters states that it

has not refused 3D's request but needs additional time to obtain the information. Accordingly, the Court denies the Motion at this time.

On November 22, 2011, the parties filed their Jurisdictional Discovery/Evidentiary Hearing Joint Scheduling Report (Doc. # 149), as requested by this Court. After reviewing this document and considering the issues raised at the Pretrial Conference held on November 17, 2011, the Court directs the parties to diligently and cooperatively move forward with jurisdictional discovery according to 3D's proposed schedule.

As such, this Court expects the parties to complete written jurisdictional discovery and depositions by January 9, 2012, and for 3D to file its amended complaint on or before January 13, 2012. Underwriters and Ocala Restaurant Partners will have seven days to respond to the amended complaint. If the parties determine that an evidentiary hearing is necessary, the parties shall promptly move for such a hearing such that it can be held on or before January 20, 2012. The parties shall be ready for trial during the February 2012 trial term.

The Court will separately enter an amended Case Management and Scheduling Order reflecting these dates. If

2

Underwriters later refuses or fails to timely provide the information necessary to complete jurisdictional discovery according to schedule, 3D may renew its motion to compel.

Accordingly, it is

**ORDERED, ADJUDGED, and DECREED:**

(1) Plaintiff 3D Enterprises' Motion to Compel Lloyd's to Disclose Proportionate Share of Risk of Each Alleged Non-Diverse "Name" (Doc. #144) is **DENIED**.

(2) The parties are directed to move forward with jurisdictional discovery as outlined in this Order and prepare for trial in the February 2012 trial term.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 25th day of November, 2011.

Virginia M. Hernandez Covington<br>
VIRGINIA M. HERNANDEZ COVINGTON<br>
UNITED STATES DISTRICT JUDGE

Copies:

Counsel and Parties of Record